IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3167 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| MELVIN A. JONES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) Joel G. Lonowski is appointed to represent Defendant Jones in this matter.

(2) The Federal Public Defender shall provide Mr. Lonowski with a CJA voucher.

(3) A conference call between the undersigned, Mr. Lonowski and Mr. Gillan to reschedule sentencing is scheduled on Thursday, July 14, 2005, at 8:45 a.m. The undersigned's judicial assistant will coordinate the call.

July 11, 2005.                                BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              United States District Judge