IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3167 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MELVIN A. JONES, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned held a conference call with defense counsel Joel Lonowski and plaintiff's counsel Bruce Gillan. With the agreement of the parties,

IT IS ORDERED that Defendant Jones' evidentiary hearing and sentencing are rescheduled to Monday, August 29, 2005, from 9:00 a.m. to 12:00 noon, before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

July 14, 2005.                          BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge